UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-07495-SVW-E | Date | December 19, 2022 |
|---|---|---|---|
| Title | *Benjamin Donel v. Greenbelt Resources Corporation et al* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   ORDER TO SHOW CAUSE FOR LACK OF APPEARANCE BY THE PLAINTIFF

On November 29, 2022, the Court held an initial status conference regarding the present matter. Plaintiff did not appear. Accordingly, Plaintiff is ordered to show cause for his lack of appearance at the status conference. Plaintiff shall respond no later than five days from the issuance of this order. Failure to respond may result in dismissal without prejudice, sanctions, or any action that the Court deems appropriate.

**IT IS SO ORDERED.**

:
_____   _____
Initials of Preparer
PMC